# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **CORRINE CARTER,**  <br>    **Plaintiff,** | )<br>)<br>) |
| v. | )  **CIVIL ACTION NO. 16-00574-N** |
| **A & E SUPPORTED LIVING, INC.,**  <br>    **Defendant.** | )<br>)<br>) |

## JUDGMENT

In accordance with the verdict of the jury delivered in open court following trial (*see* Docs. 48, 52), it is **ADJUDGED** and **DECREED** that **JUDGMENT** is entered in favor of the Defendant, A & E Supported Living, Inc., and against the Plaintiff, Corrine Carter, on all claims.

**DONE** this the 31st day of January 2018.

>  */s/ Katherine P. Nelson*  
>  **KATHERINE P. NELSON**  
>  **UNITED STATES MAGISTRATE JUDGE**